452 A.2d 1108

Liberty Mutual Insurance Co. v. C & F Steel Inc., et al., Appellants.

Submitted September 11, 1980. Nino V. Tinari, for appellants; Thomas McLaughlin, for appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Order affirmed.

452 A.2d 1108

Life & Health Insurance Co. of America, Appellant v. Kern et al.

Argued September 15, 1982. Ronald Harvey Surkin, for appellant; William R. Balaban, for appellee.

Before CAVANAUGH, BECK and MONTEMURO, JJ.

Order affirmed.